STEEL AUTHORITY OF INDIA, LTD., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND BETHLEHEM STEEL CORP., U.S. STEEL GROUP, A UNIT OF USX CORP., IPSCO STEEL INC., DEFENDANT-INTERVENORS

Court No. 00–03–00099

(Dated December 17, 2001)

## JUDGMENT

POGUE, *Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results"), *Steel Authority of India, Ltd. v.*

*United States,* slip op. 01–60 (CIT May 22, 2001) and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce are affirmed in their entirety.